**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:         In the Interest of A.L.P., a Child

Appellate case number:      01-19-00144-CV

Trial court case number:     18-DCV-252443

Trial court:                          505th District Court of Fort Bend County

Incarcerated and proceeding pro se, appellant, C.J.M., has filed a notice of appeal of the trial court's judgment signed on January 28, 2019. On January 31, 2019, appellant requested preparation of reporter's record. *See* TEX. R. APP. P. 34.6(b). The record was due to be filed in this Court by March 11, 2019. *See* TEX. R. APP. P. 28.4(a)(1), 35.1(b).

Because this appeal involves the termination of the parent-child relationship, this Court is required to bring the appeal to final disposition within 180 days of the date the notice of appeal was filed, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app. **Accordingly, the court reporter is ordered to file the reporter's record in this appeal within 10 days of the date of this order**.[1] **No extensions of time will be granted absent extraordinary circumstances.** *See* TEX. R. APP. P. 28.4(b)(2), 35.3(c).

The Clerk of this Court is directed to make an entry in this Court's records that appellant is allowed to proceed on appeal without payment of costs. *See* TEX. R. APP. P. 20.1; *see also* TEX. R. CIV. P. 145(a).

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd _____

　　　　　　　　　☑ Acting individually　　☐ Acting for the Court

Date: __March 28, 2019___

---

[1]     The court reporter has notified the Clerk of this Court that the reporter's record is "approximately 125 pages" and "covers two days of testimony."